IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60274
Conference Calendar
_____

SAVANNAH RAMSEY,

Plaintiff-Appellant,

versus

THE CITY OF LAUREL, MS;
LAUREL POLICE DEP'T, LAUREL, MS,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:94-CV-168-PS
- - - - - - - - - -
April 17, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Savannah Ramsey appeals from the judgment as a matter of law following the presentation of evidence to the jury in her civil rights action. Ramsey contends that her witnesses contradicted defense witnesses and that city policy caused her injury.

Ramsey has failed to provide us with a transcript of the trial of her action, as it is her duty to do. *Powell v. Estelle*, 959 F.2d 22, 26 (5th Cir. 1992). Because Ramsey has failed to provide us with the transcript necessary to determine her

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

contentions, her appeal is frivolous.

APPEAL DISMISSED.  5TH CIR. R. 42.2.